UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2:12 - MJ -0023 DAD |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID GRIFFITH OSBORNE | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum          ( ) Ad Testificandum

Name of Detainee:      DAVID GRIFFITH OSBORNE
Detained at (custodian):      USP Lompoc

Detainee is:     a.)     (X) charged in this district by: ( ) Indictment ( ) Information (X) Complaint
                                  charging detainee with: Bank Robbery (7-Counts)
        or     b.)     ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:     a.)     (X) return to the custody of detaining facility upon termination of proceedings
        or     b.)     ( ) be retained in federal custody until final disposition of federal charges, as a
                                  sentence is currently being served at the detaining facility

*Appearance is necessary **April 10, 2012** in the Eastern District of California.*

                              Signature:                     /s/ Michelle Rodriguez
                              Printed Name & Phone No:     Michelle Rodriguez (916) 554-2773
                              Attorney of Record for:       United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum          ( ) Ad Testificandum

       The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *April 10, 2012,* before an Honorable Magistrate Judge, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: March 6, 2012.

                                                      EDMUND F. BRENNAN
                                                      UNITED STATES MAGISTRATE JUDGE

___

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | _____ | Gender: Male |
| Booking or CDC #: | 09730-198 | DOB: 01/16/1938 |
| Facility Address: | 3901 Klein BLVD. | Race: White |
| | Lompoc, CA 93436 | FBI #: |
| Facility Phone: | (805) 735-2771 | |
| Currently Incarcerated For: | Bank Robbery | |

___

### RETURN OF SERVICE

Executed on     _____          By: _____
                                                                                         (Signature)